UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CR01-373 TSZ |
| ANITA DUNLAP, a/k/a ALEXIS FRANCOIS, | ORDER |
| Defendant. | |

THIS MATTER comes before the Court on defendant's pro se motion to expunge the record of her conviction, docket no. 59. Defendant may not collaterally attack her conviction by moving to expunge the records of her conviction. See *United States v. Crowell*, 374 F.3d 790 (9th Cir. 2004). A motion to expunge differs from a motion to vacate a conviction. A court that vacates a conviction "sets aside or nullifies the conviction and its attendant legal disabilities." *Id.* at 792. In contrast, expungement merely destroys or seals the records relating to the conviction, but "does not alter the legality of the previous conviction and does not signify that the defendant was innocent of the crime to which he [or she] pleaded guilty." *Id.* Congress has statutorily authorized expungement in certain circumstances, none of which are present in this case. See *id.* at

ORDER - 1

792–93.  Although federal courts are viewed as having "inherent authority to expunge criminal records in appropriate and extraordinary cases," they may do so only in the event of "an unlawful arrest or conviction" or to correct "a clerical error."  Id. at 793.  Defendant makes no showing that her conviction was unlawful, and thus, her motion to expunge the record of her conviction lacks merit.  See id. at 793–97; see also United States v. Doan, No. Cr. 97-1039-06, 2009 WL 587391, at *1 (D. Haw. Mar. 6, 2009) ("Defendant must first successfully have her conviction vacated before expungement could become an appropriate option.").

**Conclusion**

        For the foregoing reasons, the Court ORDERS:

        (1)    Defendant's pro se motion for expungement, docket no. 59, is DENIED.

        (2)    The Clerk is directed to send a copy of this Order to all counsel of record and to defendant pro se.

        IT IS SO ORDERED.

        Dated this 15th day of April, 2022.

        /s/ Thomas S. Zilly
        Thomas S. Zilly
        United States District Judge

ORDER - 2